# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2021

162129

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SPECTRUM HEALTH HOSPITALS,
       Plaintiff-Appellant,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
       Defendant,

and

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
       Defendant-Appellee.

SC: 162129
COA: 347553
Kent CC: 17-007661-NF

_____/

      On order of the Court, the application for leave to appeal the September 3, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



Clerk

p0623